1 | Daniel Feder (SBN 130867)
LAW OFFICES OF DANIEL FEDER
2 | 235 Montgomery Street, Suite 1019
San Francisco, CA 94104
3 | Telephone: (415) 391-9476
Facsimile: (415) 391-9432

Attorneys for Plaintiff
TIFFANY PLUMMER

MICHAEL D. BRUNO (SBN: 166805)
mbruno@grsm.com
SETH WEISBURST (SBN: 259323)
sweisburst@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-986-5900
Fax: 415-986-8054

Attorneys for Defendants
INSURANCE CENTERS OF AMERICA, INC.; ICA INSURANCE ALLIANCE/SAA INSURANCE AGENCY, AND PHIL FOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY PLUMMER,<br><br>    Plaintiff,<br><br>vs.<br><br>INSURANCE CENTERS OF AMERICA, INC.; ICA INSURANCE ALLIANCE/SSA INSURANCE AGENCY; PHIL FOX, an individual; and DOES 1-50, inclusive<br><br>    Defendant. | CASE NO. 3:18-cv-07781-RS<br><br>**STIPULATION AND ORDER CONTINUING DEADLINES FOR EXPERT DISCLOSURE AND DISCOVERY AND PRETRIAL MOTIONS AS MODIFIED BY THE COURT**<br><br>[Civil L.R. 6-2, 7-12] |

Plaintiff TIFFANY PLUMMER ("Plaintiff") and Defendants INSURANCE CENTERS OF AMERICA, INC., ICA INSURANCE ALLIANCE/SAA INSURANCE AGENCY, and PHIL FOX (collectively, "Defendants") hereby stipulate and respectfully request that:

1. The deadline for parties to designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2) be continued from January 30, 2020 to April 10, 2020;
2. The deadline for parties to designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2) be continued from February 28, 2020 to May 8, 2020;
3. The deadline for parties to complete all discovery of expert witnesses in accordance with Federal Rule of Civil Procedure 26(b)(4) be continued from March 30, 2020 to May 29, 2020; and
4. The last day to hear pretrial motions be continued from May 7, 2020 to June 17, 2020.

The parties believe that good cause exists to continue these deadlines based on the following:

On November 28, 2018 Plaintiff filed this action against Defendants in the Superior Court of California for the County of San Mateo, alleging violations of California's Fair Employment and Housing Act (FEHA) and the California Family Rights Act (CFRA), and wrongful termination in violation of public policy.

On December 28, 2018, Defendants removed this action to this Court.

On April 12, 2019, the Court filed a Case Management Scheduling Order that included deadlines for the disclosure and discovery of expert witnesses and a deadline for pretrial motions to be heard. Dkt. 12.

On December 12, 2019, the Court filed a Further Case Management Scheduling Order that included revised deadlines for the disclosure and discovery of expert witnesses, and a revised deadline for pretrial motions to be heard. Dkt. 16.

The parties are scheduled to participate in a mediation of this dispute on March 12, 2020, with mediator Patricia Gillette, Esq. at JAMS.

In order to minimize the parties' resources, and judicial resources to the extent the Court would need to become involved in any disputes related to expert discovery, the parties seek to continue expert disclosures and discovery until after the March 12, 2020 mediation, and to allow additional time for potential pre-trial motions to be heard, without continuing the final pre-trial conference or the trial date.

Therefore, the parties ask the Court to adopt this stipulated schedule for these dates, with no modification to any other deadlines in this action:

| Event | Current Scheduled Deadline (Dkt. 16) | Proposed Stipulated Deadline (post-March 2020 mediation) |
|---|---|---|
| Deadline for parties to designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2) | January 30, 2020 | April 10, 2020 |
| Deadline for parties to designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2) | February 28, 2020 | May 8, 2020 |
| Deadline for parties to complete all discovery of expert witnesses in accordance with Federal Rule of Civil Procedure 26(b)(4) | March 30, 2020 | May 29, 2020 |
| Last day to hear pretrial motions | May 7, 2020 | June 17, 2020 |

Respectfully submitted,

Dated: January 14, 2020        GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Michael D. Bruno
Seth Weisburst
Attorneys for Defendants
INSURANCE CENTERS OF AMERICA, INC.; ICA INSURANCE ALLIANCES/SSA INSURANCE AGENCY; and PHIL FOX

Dated: January 14, 2020        LAW OFFICES OF DANIEL FEDER

By: _____
Daniel Feder
Attorneys for Plaintiff
TIFFANY PLUMMER

3
STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DISCLOSURE AND EXPERT DISCOVERY DEADLINES – Case No. 3:18-cv-07781-RS

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that I received concurrence of the signatories in the filing of this document.

_____<br>Seth Weisburst

## **DECLARATION IN SUPPORT OF STIPULATION**

I, Seth Weisburst, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and I am admitted to practice before this Court. I am counsel of record for Defendants. I submit this declaration in support of the parties' stipulated request to continue the expert disclosure and expert discovery deadlines, and to continue the last date pretrial motions can be heard.

2. I attest that the facts set forth in the stipulation are all true and accurate. I believe that the relief requested in the stipulation is in the best interest of the parties and the Court, as the continued deadlines are likely to minimize the parties' and the Court's time and resources in light of the mediation set for March 12, 2020.

3. The parties have not filed any separate stipulations focusing on a request for time modifications to date. The parties' March 19, 2019 Joint Case Management Statement and Rule 26(f) Report first proposed deadlines related to expert disclosures and discovery and pretrial motions. Dkt. 9. On April 12, 2019, the Court filed a Case Management Scheduling Order setting several deadlines, including those related to expert disclosures and discovery and the last day the Court would hear pretrial motions. Dkt. 12. The parties proposed revised deadlines in their December 4, 2019 Joint Case Management Statement. Dkt. 14. On December 12, 2019, the Court entered a Further Case Management Scheduling Order setting several deadlines, including those related to expert disclosures and discovery and the last day the Court would hear pretrial motions. Dkt. 16.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 14, 2020 at San Francisco, California.

_____
Seth Weisburst

## ORDER AS MODIFIED BY THE COURT

Having reviewed the parties' stipulation, and good cause having been shown, the Court orders as follows:

1. The parties' deadline to designate their experts in accordance with Federal Rule of Civil Procedure 26(a)(2) is continued to April 10, 2020.
2. The parties' deadline to designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2) is continued to May 8, 2020.
3. The parties' deadline to complete all discovery of expert witnesses in accordance with Federal Rule of Civil Procedure 26(b)(4) is continued to May 29, 2020.
4. The last day the Court will hear pretrial motions is continued to June 18, 2020.
5. The Pretrial Conference is continued to August 5, 2020 at 10:00 am
6. The Jury Selection/Trial has been continued to August 17, 2020 at 9:00 am

**IT IS SO ORDERED.**

Dated: 1/17/2020

The Honorable Richard Seeborg
United States District Judge