Daniel Feder (SBN 130867)
LAW OFFICES OF DANIEL FEDER
235 Montgomery Street, Suite 1019
San Francisco, CA 94104
Telephone: (415) 391-9476
Facsimile: (415) 391-9432

Attorneys for Plaintiff
TIFFANY PLUMMER


MICHAEL D. BRUNO (SBN: 166805)
mbruno@grsm.com
SETH WEISBURST (SBN: 259323)
sweisburst@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-986-5900
Fax: 415-986-8054

Attorneys for Defendants
INSURANCE CENTERS OF AMERICA, INC.; ICA INSURANCE ALLIANCE/SAA
INSURANCE AGENCY, AND PHIL FOX

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY PLUMMER,<br><br>                Plaintiff,<br><br>    vs.<br><br>INSURANCE CENTERS OF AMERICA, INC.; ICA INSURANCE ALLIANCE/SSA INSURANCE AGENCY; PHIL FOX, an individual; and DOES 1-50, inclusive<br><br>                Defendant. | CASE NO. 3:18-cv-07781-RS<br><br>**STIPULATION AND ORDER CONTINUING TRIAL DATE**<br><br>[Civil L.R. 6-2, 7-12] |

Plaintiff TIFFANY PLUMMER ("Plaintiff") and Defendants INSURANCE CENTERS OF AMERICA, INC., ICA INSURANCE ALLIANCE/SAA INSURANCE AGENCY, and PHIL FOX (collectively, "Defendants") hereby stipulate and respectfully request that the date for Jury Selection and Trial be continued from August 17, 2020 to September 21, 2020 at 9:00 a.m..[1] The parties believe that good cause exists to continue this deadline based on the following:

On January 16, 2020, the Parties submitted a Stipulation and [Proposed] Order Continuing Deadlines for Expert Disclosure and Discovery and Pretrial Motions. Dkt. 18.

On January 17, 2020, the Court filed an Order as Modified by the Court that included revised deadlines for the disclosure and discovery of expert witnesses, a revised deadline for pretrial motions to be heard, and continued the date for jury selection and trial to August 17, 2020. Dkt. 19.

Daniel Feder, counsel for Plaintiff, has two other trials/arbitrations that would create a conflict with the August 17, 2020 trial date.

Seth Weisburst, counsel for Defendants, has a previous family commitment to be in Massachusetts from August 16-24, 2020, for which he has already purchased airline tickets and coordinated other travel plans and expenses. The parties have conferred and can confirm their availability to proceed with jury selection and trial approximately one month later, on September 21, 2020.

Therefore, the parties ask the Court to continue the date for jury selection and trial from August 17, 2020 to September 21, 2020 at 9:00 a.m.

Respectfully submitted,

Dated: January 21, 2020          GORDON REES SCULLY MANSUKHANI, LLP


By: _____/s/ Seth Weisburst_____
Michael D. Bruno
Seth Weisburst
Attorneys for Defendants
INSURANCE CENTERS OF AMERICA,
INC.; ICA INSURANCE ALLIANCES/SSA
INSURANCE AGENCY; and PHIL FOX

---

[1] If the Court is unavailable the week of September 21, 2020, the Parties respectfully request further information about the Court's availability and/or a brief conference with the Court during which the Parties and the Court can confer regarding scheduling trial.

Dated: January 21, 2020

LAW OFFICES OF DANIEL FEDER

By: _____*/s/ Daniel Feder*_____

Daniel Feder
Attorneys for Plaintiff
TIFFANY PLUMMER

### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that I received concurrence of the signatories in the filing of this document.

_____*/s/ Seth Weisburst*_____
Seth Weisburst

## DECLARATION IN SUPPORT OF STIPULATION

I, Seth Weisburst, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of California and I am admitted to practice before this Court. I am counsel of record for Defendants. I submit this declaration in support of the parties' stipulated request to continue the jury selection and trial date in this matter from August 17, 2020 to September 21, 2020.

2.      I attest that the facts set forth in the stipulation are all true and accurate. On January 21, 2020, I conferred with Daniel Feder, counsel of record for Plaintiff.  Mr. Feder informed me that he has two other trials/arbitrations that would create a conflict with an August 17, 2020 trial date.

3.      I had previously committed to a long-planned trip with my wife, son, parents, and siblings to Massachusetts from August 16-24, 2020.  I have already purchased airline tickets and coordinated other travel plans and expenses, including renting a house.  Based on this scheduling conflict, the parties respectfully request that the Court continue the trial date so as not to fall during the week of August 17, 2020 or the week of August 24, 2020.

3.      The parties have conferred and can confirm their availability to proceed with jury selection and trial approximately one month later, on September 21, 2020, if that week is available for the Court.

4.      The parties filed a stipulation on January 16, 2020 requesting time modifications on dates for expert disclosures, expert discovery, and the last day to hear pretrial motions.  Dkt. 16.  The parties' March 19, 2019 Joint Case Management Statement and Rule 26(f) Report first proposed deadlines related to expert disclosures and discovery and pretrial motions.  Dkt. 9.  On April 12, 2019, the Court filed a Case Management Scheduling Order setting several deadlines, including those related to expert disclosures and discovery and the last day the Court would hear pretrial motions.  Dkt. 12.  The parties proposed revised deadlines in their December 4, 2019 Joint Case Management Statement.  Dkt. 14.  On December 12, 2019, the Court entered a Further Case Management Scheduling Order setting several deadlines, including those related to expert disclosures and discovery and the last day the Court would hear pretrial motions. Dkt. 16. On January 17, 2020, the Court entered an order setting revised deadlines for expert disclosures,

4

expert discovery, pretrial motions, and the jury selection/trial date that is the focus of this Stipulation and [Proposed] Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 21, 2020 at San Francisco, California.


_____/s/ Seth Weisburst___ _____
Seth Weisburst

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE
Case No. 3:18-cv-07781-RS

## **ORDER**

Having reviewed the parties' stipulation, and good cause having been shown, the Court orders as follows:

1.   The Jury Selection/Trial has been continued to September 21, 2020.


**IT IS SO ORDERED.**


Dated:   1/22/2020

_____
The Honorable Richard Seeborg
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE
Case No. 3:18-cv-07781-RS